ORIGINAL

UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT Nov 13  11 27 AM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| JEREMY GEORGE, | CIVIL ACTION NO. |
| Plaintiff, | 3:03-CV-976 (PCD) |
| - v. - | |
| WESLEYAN UNIVERSITY, | |
| Defendant. | November 12, 2003 |

## MOTION FOR EXTENSION OF
## SETTLEMENT/STATUS CONFERENCE

Defendant Wesleyan University ("Wesleyan") hereby requests that the Settlement/Status

Conference scheduled before Parajudicial Officer Iannotti for November 19, 2003 at 11:00 a.m.

be rescheduled for a date on or after December 16, 2003. In support of this Motion, the

Defendant's counsel states that she has a previously scheduled client meeting on November 19th

that would be very difficult to reschedule and will be out of state for a previously scheduled

family vacation from December 3, 2003 through December 15, 2003. In support of this motion,

Defendant's counsel also states that the parties plan to begin settlement discussions in this

matter.

Plaintiff's counsel, Norm Pattis, has been contacted by Wesleyan's counsel and

agrees to this request. This is the first request to reschedule this conference requested by either

party in this matter.


**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

By: _____

Carla R. Walworth (ct00458)
Sarah E. Graves (ct15897)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Phone: (203) 961-7400
Fax: (203) 359-3031
E-mail: carlawalworth@paulhastings.com
E-mail: sarahgraves@paulhastings.com
Counsels for Defendant
WESLEYAN UNIVERSITY

## CERTIFICATE OF SERVICE

The undersigned, a Member of the bar of this Court, hereby certifies that he has caused to be served via regular mail a true and correct copy of the Motion For Extension Of Settlement/Status Conference was served on this 12th day of November 2003, via regular mail on the following counsel of record:

> Norman A. Pattis, Esq.
> 51 Elm Street
> New Haven, CT   06510

_____
Sarah E. Graves

STM/262907.1

-3-