UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 13  11 27 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JEREMY GEORGE,

          Plaintiff,

- v. -

WESLEYAN UNIVERSITY,

          Defendant.

CIVIL ACTION NO.
3:03-CV-976 (PCD)

November 12, 2003

## MOTION FOR EXTENSION OF SETTLEMENT/STATUS CONFERENCE

Defendant Wesleyan University ("Wesleyan") hereby requests that the Settlement/Status Conference scheduled before Parajudicial Officer Iannotti for November 19, 2003 at 11:00 a.m. be rescheduled for a date on or after December 16, 2003. In support of this Motion, the Defendant's counsel states that she has a previously scheduled client meeting on November 19th that would be very difficult to reschedule and will be out of state for a previously scheduled family vacation from December 3, 2003 through December 15, 2003. In support of this motion, Defendant's counsel also states that the parties plan to begin settlement discussions in this matter.

        Plaintiff's counsel, Norm Pattis, has been contacted by Wesleyan's counsel and agrees to this request. This is the first request to reschedule this conference requested by either party in this matter.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DENIED. SO ORDERED.
Peter C. Dorsey, U.S. District Judge
11/14/03