UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Jeremy R. George

V.                                                  Case Number:        3:03 cv 976 (PCD)

Wesleyan University

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>November 20, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on December 20, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at New Haven, Connecticut, November 25, 2003.


                            KEVIN F. ROWE, CLERK

                            By: _____
                                  Patricia A. Villano
                                  Deputy Clerk