FILED
Nov 24 12 26 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEREMY GEORGE              :

VS.                        : NO. 3:03CV00976(PCD)

WESLEYAN UNIVERSITY        :NOVEMBER 24, 2003

### PLAINTIFF'S CONSENT MOTION TO DISMISS

The plaintiff moves pursuant to Rule 41(a)(1) for an order of this Court voluntarily dismissing the case with prejudice and without fees and costs to either party. The defendant consents.

THE PLAINTIFFS

BY _____

Norman A. Pattis
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct13120
His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via certified mail, return receipt requested, on NOVEMBER 20, 2003, to the following counsel of record

Attorney Sarah E. Graves
Paul Hastings Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Norman A. Pattis

2