*23*

FILED
Nov 24  12 26 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEREMY GEORGE                          :

VS.

: NO. 3:03CV00976(PCD)

WESLEYAN UNIVERSITY          :NOVEMBER 20, 2003

### PLAINTIFF'S CONSENT MOTION TO DISMISS

The plaintiff moves pursuant to Rule 41(a)(1) for an order of this Court voluntarily dismissing the case with prejudice and without fees and costs to either party. The defendant consents.

THE PLAINTIFFS

BY_____

Norman A. Pattis
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct13120
His Attorney

*(Handwritten margin note):* December 3, 2003. Based on the motion and pursuant to F.R.Civ.P. Rule 41(a)(1), the case is dismissed with prejudice, without fees or costs. The Clerk shall close the file.

"1/6/03"